CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 25 2005
JOHN F. CORCORAN, CLERK
BY: HMcDona
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RONALD GRAHAM, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00633 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN TRACY RAY, et al., | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior U.S. District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's case shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g) and all other pending motions are hereby **DENIED as MOOT**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of October, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Court Judge